Richard S. Ruben  SBN 067364
Darren K. Cottriel  SBN 184731
Matthew K. Wegner  SBN 223062
JONES DAY
3 Park Plaza, Suite 1100
Irvine, CA  92614
Telephone:  (949) 851-3939
Facsimile:   (949) 553-7539
Email: rruben@jonesday.com
       dcottriel@jonesday.com

Attorneys for Plaintiff and Counter-Defendant
CARD EXPRESS, INC.

Juan C. Basombrio (CAL # 150703)
Faisal M. Zubairi (CAL # 244233)
DORSEY & WHITNEY LLP
38 Technology Drive
Irvine, California  92618
Telephone:  (949) 932-3600
Facsimile:  (949) 932-3601
Email:  Basombrio.Juan@dorsey.com
        Zubairi.Faisal@dorsey.com

Attorneys for Defendant and Cross-Complainant,
U.S. BANK, NATIONAL ASSOCIATION dba ELAN FINANCIAL SERVICES

**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| CARD EXPRESS, INC., <br><br>Plaintiff, <br><br>v. <br><br>U.S. BANK, NATIONAL ASSOCIATION dba ELAN FINANCIAL SERVICES, and DOES 1 to 100, inclusive, <br><br>Defendant. <br><br>AND RELATED COUNTER-CLAIMS | Case No. SACV07-325 JVS (RNBx) <br><br>**ORDER RE JOINT STIPULATION TO DISMISSAL OF COMPLAINT AND COUNTERCLAIMS WITH PREJUDICE** <br><br><br><br><br>Complaint Filed:  February 13, 2007 <br>Action Removed:  March 19, 2007 <br>Trial Date:  September 16, 2008 |

**ORDER**

Upon the stipulation of the parties, pursuant to Federal Rule of Civil Procedure 41, IT IS HEREBY ORDERED that (i) the First Amended Complaint filed by Card Express, Inc. ("CardEx") against U.S. Bank National Association dba Elan Financial Services ("US Bank") in this action is dismissed with prejudice, and (ii) the Counterclaims filed by US Bank against CardEx in this action are dismissed with prejudice.

Dated: May 07, 2008

By: *James V. Selna* (signature)
Honorable James V. Selna
United States District Court Judge